IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDRA LYONS
ADC #704518                                                                    PLAINTIFF

v.                              No. 1:14-cv-134-DPM

MECHELLE JONES, Inmate,
McPherson Unit                                                                 DEFENDANT

## ORDER

On *de novo* review, the Court overrules Lyons's objections, № 4, and adopts Magistrate Judge Kearney's recommendation, № 3, as modified. Lyons's motion to consolidate, № 5, is denied as moot. Lyons must pay the $400.00 filing and administrative fee, and move to reopen, by 12 December 2014 if she wants to pursue this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 November 2014