IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDRA LYONS
ADC #704518                                                                PLAINTIFF

v.                             No. 1:14-cv-134-DPM

MECHELLE JONES, Inmate,
McPherson Unit                                                             DEFENDANT

JUDGMENT

Lyons's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 November 2014