# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHANDRA LYONS**
**ADC #704518**                                                          **PLAINTIFF**

v.                              No. 1:14-cv-134-DPM

**MECHELLE JONES, Inmate,**
**McPherson Unit**                                                       **DEFENDANT**

## ORDER

Motion to consolidate, № 8, denied. The Court informed Lyons that she must pay the $400.00 filing and administrative fee, and move to reopen, by 12 December 2014 if she wanted to pursue this case. № 6. She didn't. The case remains closed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 March 2015